

**ORIGINAL**

FILED
SEP 27 2007
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JIMENEZ-ARIAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Civ. No.  06-0451GT<br>Cr. No.   05-0205GT<br><br>**ORDER** |

　　　On February 28, 2006, Petitioner, Roberto Jimenez-Arias ("Mr. Jimenez"), filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. The only ground listed for Mr. Jimenez' Petition is that "the special conditions stipulate that once deported the supervision is waived." This is statement, without more, is insufficient to support a Motion under § 2255. Accordingly,

//

//

//

**IT IS ORDERED** that Mr. Jimenez' Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

9-27-07
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter